UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KRISTAL SMITH, | Case No. 2:24-cv-00294-RWS-JCF |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC.** |
| v. | |
| TRANS UNION, LLC | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kristal Smith ("PLAINTIFF") and Defendant Transunion, LLC, ("TRANSUNION") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to Transunion once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: December 20, 2024     By:   */s/ Mark Carey*
Mark Carey
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: *markcareylaw@ymail.com*
Phone: (716) 853-9432

Attorneys for Plaintiff,
**KRISTAL SMITH**

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC**

# CERTIFICATE OF SERVICE

I certify that on December 20, 2024, I served Plaintiff Kristal Smith's Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record and to attorney listed below.

Terri R. Brown
Senior Counsel, Legal
Terri.Brown@transunion.com
M: 317-778-4815
555 W. Adams Street
Chicago, IL  60661

By: */s/ Mark Carey*
Mark Carey
The Law Offices of Mark A. Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
Email: ***markcareylaw@ymail.com***
Phone: (716) 853-9432

Attorneys for Plaintiff,
**KRISTAL SMITH**