IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KRISTAL SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>2:24-cv-294-RWS-JCF |

**O R D E R**

This matter is before the Court on the December 23, 2024 Final Report and Recommendation ("R&R") of Magistrate Judge J. Clay Fuller, [Dkt. 6], recommending that the instant action be dismissed with prejudice in light of the Plaintiffs' Notice of Settlement on December 20, 2024, [Dkt. 5].

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009). In contrast, absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R.

Civ. P. 72, advisory committee note, 1983 Edition, Subdivision (b); Macort v. Prem, Inc., 208 F. App'x. 781, 784 (11th Cir. 2006) (quoting Diamond v. Colonial Life & Accident Ins., 416 F.3d 310, 315 (4th Cir. 2005)).

No objections have been filed, and the statutory period for objecting has expired. In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, the Court has conducted a "careful and complete" review of the R&R and finds no clear error. Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982) (citation and internal quotation marks omitted); see also United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). Accordingly, Judge Fuller's Final R&R [Dkt. 7] is hereby approved and **ADOPTED** as the opinion and order of this Court.

It is hereby **ORDERED** that this action be **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close the case, subject to the right of any party to reopen the case within 60 days if settlement is not consummated.

**SO ORDERED** this 7th day of January, 2025.

_____
**RICHARD W. STORY**
United States District Judge